UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ACCELERATED ANALYTICAL, INC. and ACT
LABORATORIES, LLC d/b/a ACCELERATED
CANNABIS LABORATORIES,

                                  Plaintiffs,

                v.                                          Case No. _____

LIFTED LIQUIDS, INC. d/b/a LIFTED MADE
and NICHOLAS WARRENDER,

                                  Defendants.

## COMPLAINT

### PARTIES, JURISDICTION, AND VENUE

1.      This is a civil action for false advertising, in violation of the Lanham Act, 15

U.S.C. § 1125(a) and the Wisconsin Deceptive Trade Practices Act, Wisconsin Statutes section

100.18(11), as well as civil liability for the unauthorized use of an entity's identifying

information or documents, in violation of Wisconsin Statutes section 895.446 and 943.203.

2.      Plaintiff Accelerated Analytical, Inc. ("Accelerated Analytical") is a Wisconsin

corporation with its principal place of business in Milwaukee, Wisconsin.

3.      Plaintiff ACT Laboratories, Inc. d/b/a Accelerated Cannabis Laboratories

("Accelerated Cannabis") is a Wisconsin limited liability corporation with its principal place of

business in Milwaukee, Wisconsin.

4.      Defendant Lifted Liquids, Inc. d/b/a Lifted Made ("Lifted") is an Illinois

corporation with its principal place of business in Lake Forest, Illinois.

5.      Lifted is a wholly-owned subsidiary of Acquired Sales Corp ("AQSP").  Lifted became a wholly-owned subsidiary of AQSP on February 24, 2020.

6.      Upon information and belief, before February 24, 2020, the entity operating under the assumed name Lifted Made was Warrender Enterprise, Inc.  Warrender Enterprise, Inc. was a Wisconsin corporation.

7.      Upon information and belief, Defendant Nicholas Warrender was the sole owner of Warrender Enterprise, Inc.

8.      Upon information and belief, Defendant Nicholas Warrender operated Warrender Enterprise, Inc. out of his parents' home in Bristol, Wisconsin.  Warrender Enterprise, Inc. had a registered agent officer address at 12715 210th Avenue in Bristol, Wisconsin.

9.      Lifted offers CBD products for sale in at least one retail location in Madison, Wisconsin and one retail location in Kenosha, Wisconsin.

10.     Defendant Nicholas Warrender is an adult resident of the State of Wisconsin who resides in Kenosha, Wisconsin.  Defendant Nicholas Warrender is also the CEO of Lifted.

11.     This Court has subject matter jurisdiction over the Lanham Act claim pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1121.

12.     This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) because they are so related to the Lanham Act claims that they form part of the same case or controversy under Article III of the U.S. Constitution.

13.     Venue is appropriate in this matter pursuant to 28 U.S.C. § 1391(b)(1), because Defendant Lifted resides in this judicial district pursuant to 28 U.S.C. § 1391(c)(2).

**THE PARTIES**

14.     Accelerated Analytical is a full-service contract CGMP testing laboratory. CGMP refers to the Current Good Manufacturing Practice regulations that are enforced by the United States Food and Drug Administration ("FDA").

15.     By providing CGMP testing services, Accelerated Analytical works to ensure drug products offered in the United States meet the FDA's quality standards.

16.     Accelerated Analytical provides a wide variety of testing services, including drinking water, food, flavoring, cosmetic, and pharmaceutical testing.

17.     Accelerated Analytical and Accelerated Cannabis are also ISO/IEC 17025 accredited testing and calibration facilities.

18.     Accelerated Cannabis provides testing services to growers of cannabis plants and manufacturers of cannabidiol ("CBD") products.  Occasionally, Accelerated Cannabis may also provide testing services to the general public and law enforcement.

19.     Additionally, Accelerated Cannabis is one of only a handful of cannabis laboratories in the United States to be ISO/IEC 17025 accredited.  This accreditation certifies that Accelerated Cannabis' testing policies and procedures have undergone rigorous third-party evaluation and have been deemed credible by a registered scientific body.

20.     One of the many testing services Accelerated Cannabis offers is providing full cannabinoid profiles.  This test determines the presence or absence of up to fourteen cannabinoids and measures the concentration of each cannabinoid.

21.     Among the cannabinoids tested in a full cannabinoid profile are CBD and delta- 9 Tetrahydrocannabinol ("THC").  Products containing more than .3% THC are not legal at the state or federal level.  Accuracy of test reports is therefore of paramount importance.

22.     Accelerated Analytical and Accelerated Cannabis pride themselves on maintaining high standards for accuracy and reliability of the testing services they offer.

23.     Accelerated Analytical and Accelerated Cannabis also derive the majority of their business from word of mouth advertising.

24.     Lifted is a manufacturer and retailer of CBD products.

25.     Lifted sells CBD products both direct to consumers through its website (www.liftedmade.com), and to other retailers.  Lifted sells to other retailers both under its own label, and it "white labels" for other retailers.  That is, it removes the Lifted branding and instead applies the branding requested by the purchaser.

26.     One of the companies that Lifted sells white-label CBD products to is CBD Pharm.

27.     Upon information and belief, Nicholas Warrender has an ownership interest in CBD Pharm.

**ACCELERATED ANALYTICAL AND ACCELERATED CANNABIS CONDUCT TESTS FOR LIFTED**

28.     In or around August 2019, Lifted contacted Accelerated Cannabis regarding its cannabinoid profile testing capabilities.

29.     On or around August 26, 2019, Lifted, through Defendant Nicholas Warrender and Chris Romano, Lifted's Chief Operating Officer ("COO"), sent more than forty product samples to Accelerated Cannabis for cannabinoid profile testing.

30.     In or around September 2019, at Lifted's request, Accelerated Cannabis conducted full cannabinoid profile analyses for the following forty-one Lifted white-label products under the sample numbers set forth below:

4

| Accelerated Sample Number | Product Description | Sample Concentration |
|---|---|---|
| 1904495-1 | CBD Pharm Bath Bomb – Cucumber | 35mg/Bomb |
| 1904495-2 | CBD Pharm Bath Bomb – Citrus | 35mg/Bomb |
| 1904495-3 | CBD Pharm Bath Bomb – Rose | 35mg/Bomb |
| 1904495-4 | CBD Pharm Disposable – Sour Diesel | 100mg |
| 1904495-5 | CBD Pharm Disposable – GSC | 100mg |
| 1904495-7 | CBD Pharm Disposable – ACDC | 100mg |
| 1904495-8 | CBD Pharm Disposable – K.L. VIII | 100mg |
| 1904495-9 | CBD Pharm Disposable – Platinum OG | 100mg |
| 1904495-10 | CBD Pharm E-Liquids – Mango Pineapple | 250mg |
| 1904495-11 | CBD Pharm E-Liquids – Mango Pineapple | 500mg |
| 1904495-12 | CBD Pharm E-Liquids – Mango Pineapple | 1000mg |
| 1904495-13 | CBD Pharm E-Liquids – Green Apple Watermelon | 250mg |
| 1904495-14 | CBD Pharm E-Liquids – Green Apple Watermelon | 500mg |
| 1904495-15 | CBD Pharm E-Liquids – Green Apple Watermelon | 1000mg |
| 1904495-16 | CBD Pharm E-Liquids – Strawberry Kiwi Menthol | 250mg |
| 1904495-17 | CBD Pharm E-Liquids – Strawberry Kiwi Menthol | 500mg |
| 1904495-18 | CBD Pharm E-Liquids – Strawberry Kiwi Menthol | 1000mg |
| 1904495-19 | CBD Pharm E-Liquids – Blue Razz Lemonade | 250mg |
| 1904495-20 | CBD Pharm Salve – Citrus | 1000mg |
| 1904495-21 | CBD Pharm Oral Tincture | 250mg |
| 1904495-22 | CBD Pharm Oral Tincture | 500mg |
| 1904495-23 | CBD Pharm Oral Tincture | 1000mg |
| 1904495-24 | CBD Pharm Oral Tincture | 2000mg |
| 1904495-25 | CBD Pharm Oral Tincture | 5000mg |

| 1904495-26 | CBD Pharm Concentrate – King Louis XIII | 99.90% |
| 1904495-27 | CBD Pharm Concentrate – Tahoe OG | 99.90% |
| 1904495-28 | CBD Pharm Concentrate – Platinum OG | 99.90% |
| 1904495-29 | CBD Pharm Concentrate – AC/DC | 99.90% |
| 1904495-30 | CBD Pharm Massage Oil – Basil Mint | 500mg |
| 1904495-31 | CBD Pharm Massage Oil – Basil Mint | 1000mg |
| 1904495-32 | CBD Pharm Massage Oil – Peony | 500mg |
| 1904495-33 | CBD Pharm Massage Oil – Peony | 1000mg |
| 1904495-34 | CBD Pharm Massage Oil – Coconut Vanilla | 500mg |
| 1904495-35 | CBD Pharm Massage Oil – Coconut Vanilla | 1000mg |
| 1904495-36 | CBD Pharm Salt Soak – Peony | 500mg |
| 1904495-37 | CBD Pharm Salt Soak – Basil Mint | 500mg |
| 1904495-38 | CBD Pharm Salt Soak – Coconut Vanilla | 500mg |
| 1904495-39 | CBD Pharm Salve – Rose | 500mg |
| 1904495-40 | CBD Pharm E-Liquids – Blue Razz Lemonade | 500mg |
| 1904495-41 | CBD Pharm E-Liquids – Blue Razz Lemonade | 1000mg |
| 1904495-42 | CBD Pharm Cartridge – 1g | n/a |

31.     Also in September 2019, Accelerated Analytical conducted a cannabinoid profile test on a "Flower" product submitted by a company named Midwest Harvest under Lab Number 1094951-01.

32.     After conducting the cannabinoid profile analyses for the products set forth in Paragraph 30-31, Accelerated prepared a certificate of analysis ("COA") for each product that it tested (collectively, the "Accelerated COAs").  True and correct copies of the Accelerated COAs are attached hereto as **Exhibit A**.

33.     The Accelerated COAs listed the amount of six different cannabinoids present in each product it tested for Lifted, one of which is the amount of CBD in each product.

34.     Accelerated sent the completed COAs for each product referenced in Paragraph No. 30 to Lifted on or around September 12, 2019.

35.     Accelerated's COA for Sample 1904495-1 appeared as follows:



36.     Accelerated's COAs for all but one of the other Lifted products it tested had the same general appearance as the COA shown in Paragraph 35, above.

37.     Accelerated's COA for Sample 1904951-01 was four pages long.  The second page of that report, which contains the test results, appeared as follows:



7

38.     Of particular note with respect to Sample 1904951-01 is the customer name of "Midwest Harvest," as well as the total THC result of 0.50%.  This is an accurate depiction of a test conducted by Accelerated.  Products containing 0.30% or more THC are regulated as a Schedule 1 drug pursuant to the Controlled Substances Act and Wisconsin Statutes section 961.14.

## LIFTED FALSIFIES AND ALTERS ACCELERATED COAs

39.     In or around April 2020, Accelerated discovered that documents purporting to be the Accelerated COAs were being made available to consumers nationwide via CBD Pharm's website.

40.     While some of the COAs on CBD Pharm's website appear to be unaltered, at least 24 of the COAs made available via CBD Pharm's website were altered.

41.     In particular, the COAs made available on the CBD Pharm website for the following products are not in the same form as the COAs Accelerated provided for these products:

| Accelerated Sample Number | Product Description | Sample Concentration |
|---|---|---|
| 1904495-1 | CBD Pharm Bath Bomb – Cucumber | 35mg/Bomb |
| 1904495-2 | CBD Pharm Bath Bomb – Citrus | 35mg/Bomb |
| 1904495-3 | CBD Pharm Bath Bomb – Rose | 35mg/Bomb |
| 1904495-4 | CBD Pharm Disposable – Sour Diesel | 100mg |
| 1904495-5 | CBD Pharm Disposable – GSC | 100mg |
| 1904495-7 | CBD Pharm Disposable – ACDC | 100mg |
| 1904495-8 | CBD Pharm Disposable – K.L. VIII | 100mg |
| 1904495-9 | CBD Pharm Disposable – Platinum OG | 100mg |

| 1904495-10 | CBD Pharm E-Liquids – Mango Pineapple | 250mg |
| 1904495-11 | CBD Pharm E-Liquids – Mango Pineapple | 500mg |
| 1904495-15 | CBD Pharm E-Liquids – Green Apple Watermelon | 1000mg |
| 1904495-18 | CBD Pharm E-Liquids – Strawberry Kiwi Menthol | 1000mg |
| 1904495-19 | CBD Pharm E-Liquids – Blue Razz Lemonade | 250mg |
| 1904495-20 | CBD Pharm Salve – Citrus | 1000mg |
| 1904495-22 | CBD Pharm Oral Tincture | 500mg |
| 1904495-23 | CBD Pharm Oral Tincture | 1000mg |
| 1904495-24 | CBD Pharm Oral Tincture | 2000mg |
| 1904495-25 | CBD Pharm Oral Tincture | 5000mg |
| 1904495-34 | CBD Pharm Massage Oil – Coconut Vanilla | 500mg |
| 1904495-36 | CBD Pharm Salt Soak – Peony | 500mg |
| 1904495-37 | CBD Pharm Salt Soak – Basil Mint | 500mg |
| 1904495-40 | CBD Pharm E-Liquids – Blue Razz Lemonade | 500mg |
| 1904495-42 | CBD Pharm Cartridge – 1g | n/a |
| 1904951-01 | Stormy Daniels Flower | n/a |

42.     The COAs for the products set forth in Paragraph 41 (the "Altered COAs") were primarily altered to increase or decrease the purported CBD content in each product to more closely match the CBD concentration advertised on the product label.  True and correct copies of the Altered COAs are attached hereto as **Exhibit B**.

43.     Moreover, the product label for the Stormy Daniels Flower product lists that product's THC content as 0.10%, while Accelerated's COA for that product lists the THC content as 0.50%.



44.     The COA for the Stormy Daniels Flower product that is made available via CBD

Pharm's website was also altered as follows:

    a.  The client name was changed from Midwest Harvest (the actual Accelerated

        client for this COA) to Lifted Liquids;

    b.  The project manager name on the Accelerated COA was "JD Miles," but the

        altered COA did not list a project manager;

    c.  The project name on the Accelerated COA was "No Project," but the altered COA

        listed "Stormy Daniels" as the project name; and

    d.  The Accelerated report was four pages long, while the COA made available on

        CBD Pharm's website only includes page 2 of the COA.

45.     Upon information and belief, Defendants Lifted and Nicholas Warrender altered

the Altered COAs after receiving them from Accelerated or, in the case of the Stormy Daniels

Flower product, from a third-party.

46.     Upon information and belief, Defendants Lifted and Nicholas Warrender provided the Altered COAs to CBD Pharm in an effort to sell Lifted's white-label CBD products to CBD Pharm.

47.     CBD Pharm placed the Altered COAs on its website for use in the advertisement and sale of CBD Pharm products.

48.     Not only are the Altered COAs false and misleading, but the CBD Pharm product labels for the products referenced in the Altered COAs are also false and misleading because the product labels reflect the amount of CBD shown on the Altered COAs, not the actual CBD content of the relevant products.

49.     Additionally, upon information and belief, Defendants Lifted and Nicholas Warrender created falsified COAs for products that Accelerated never tested.

50.     These falsified COAs are documents that purport to show the results of cannabinoid profile tests conducted for Lifted by Accelerated on eight products sold under the Fresh Bombs label (the "Fabricated COAs"):

| Accelerated Sample Number | Product Description | Sample Concentration |
|---|---|---|
| No Accelerated Sample Number | Fresh Bombs Eye Cream (250mg) | 250mg |
| No Accelerated Sample Number | Fresh Bombs Broad Spectrum Tincture | 250mg |
| No Accelerated Sample Number | Fresh Bombs Broad Spectrum Tincture | 500mg |
| No Accelerated Sample Number | Fresh Bombs Broad Spectrum Tincture | 750mg |
| No Accelerated Sample Number | Fresh Bombs Broad Spectrum Tincture | 1000mg |
| No Accelerated Sample Number | Fresh Bombs Massage Oil | n/a |
| No Accelerated Sample Number | Fresh Bombs Night Cream | n/a |
| No Accelerated Sample Number | Fresh Bombs Pain Reliever Cream | n/a |

51.     Accelerated did not conduct cannabinoid profile tests on the products listed in

Paragraph 50.  True and correct copies of the Fabricated COAs are attached hereto as **Exhibit C**.

52.     Upon information and belief, Defendants Lifted and Nicholas Warrender

fabricated the COAs for the products listed in Paragraph 50 by copying the format of

Accelerated's COAs and inserting fake test results.  The Fabricated COA's also depict the

signature of Accelerated employee Paul Lillyroot.  Neither Mr. Lillyroot nor Accelerated

authorized Lifted and/or Nicholas Warrender to affix Mr. Lillyroot's signature on the Fabricated

COAs.

53.     Defendants Lifted and Nicholas Warrander provided the Falsified COAs to Fresh

Bombs.

54.     Upon information and belief, after creating the Fabricated COAs, Defendants

Lifted and Nicholas Warrander provided the Fabricated COAs to Fresh Bombs in an effort to sell

Lifted's white-label CBD products to Fresh Bombs.

55.     Fresh Bombs then contacted Accelerated to verify the authenticity of the COAs it

had received from Defendants.  Because Accelerated did not prepare the Fabricated COAs, it

could not verify the accuracy or authenticity of those documents.

## COUNT ONE:
### False Advertising, in violation of the Lanham Act, 15 U.S.C. § 1125(a)

56.     Accelerated realleges and incorporates Paragraphs 1 - 55 as though fully set forth

herein.

57.     Defendants have made statements of fact in their advertising and promotion of

their white-label CBD products that are literally false or, in the alternative, potentially

misleading.

58.     Defendants' false statements of fact include, but are not limited to, the following:

    a.     The alteration of the CBD content shown on all but two of the Altered COAs, resulting in a literally false statement regarding the CBD content of the products shown in all but two of the Altered COAs;

    b.     The alteration of various aspects of the COA regarding CBD the Stormy Daniels Flower product, as set forth in more detail in Paragraphs 43-44, above;

    c.     The statement set forth on the Stormy Daniels Flower product label that that product contains only 0.10% THC; and

    d.     The complete fabrication of the Fabricated COAs, resulting in a literally false statement that Accelerated conducted tests on the products shown in the Fabricated COAs.

59.     Defendants made these false statements of fact in the advertising or promotion of their white-label CBD products.

60.     Defendants' false statements of fact have actually deceived or have a tendency to deceive consumers.

61.     Specifically, Defendants' literally false statements regarding the CBD content of the products referenced in the Altered COAs and Fabricated COAs have actually deceived consumers by leading consumers to believe the CBD content of the products they are purchasing match the CBD content advertised on the product label and the Altered or Falsified COAs when the CBD content is actually higher or lower than represented on the product label.

62.     Upon information and belief, Defendants' false statements regarding the Stormy Daniels Flower product have also actually deceived consumers by convincing consumers that they are purchasing a product that has less than 0.30% THC.  Instead, any consumer who has

purchased the Stormy Daniels Flower product tested by Accelerated has inadvertently purchased a Schedule I controlled substance.

63.     Moreover, upon information and belief, Defendants' false or misleading statement regarding the authenticity or accuracy of the Altered COAs and Fabricated COAs have caused consumers to believe the COAs Defendants provided were prepared by Accelerated and reflect accurate results from cannabinoid profile tests Accelerated conducted.  But, in reality, the Altered COAs and Fabricated COAs were not prepared by Accelerated (or any other testing facility); they were altered or created out of whole cloth by Defendants.

64.     Defendants' false statements are material in that they are likely to influence consumers' purchasing decisions.

65.     Defendants have caused their false statements to enter interstate commerce.

66.     Accelerated Analytical and Accelerated Cannabis have already been and are likely to continue to be injured as a result of Defendants' false statements.  In particular, Accelerated Analytical and Accelerated Cannabis have suffered, and will continue to suffer, harm to their reputation and goodwill, and lost profits as a result of Defendants' wrongful conduct.

67.     Upon information and belief, Defendants' false advertising is knowing, intentional, and willful.

68.     Defendants' violation of the Lanham Act is egregious.

69.     Accelerated Analytical and Accelerated Cannabis have suffered and continue to suffer immediate and irreparable harm as a result of Defendants' false advertising, for which there is no adequate remedy at law.

## COUNT TWO:
### Deceptive Trade Practices, in violation of Wisconsin Statutes section 100.18

70.     Accelerated realleges and incorporates Paragraphs 1 - 69 as though fully set forth herein.

71.     Defendants placed before the public advertisements that contained assertions, representations, and statements of fact that were untrue, deceptive, and/or misleading.

72.     Defendants' false statements of fact include, but are not limited to, the following:

   a.   The alteration of the CBD content shown on all but two of the Altered COAs, resulting in a literally false statement regarding the CBD content of the products shown in all but two of the Altered COAs;

   b.   The alteration of various aspects of the COA regarding CBD the Stormy Daniels Flower product, as set forth in more detail in Paragraphs 43-44, above;

   c.   The statement set forth on the Stormy Daniels Flower product label that that product contains only 0.10% THC; and

   d.   The complete fabrication of the Fabricated COAs, resulting in a literally false statement that Accelerated conducted tests on the products shown in the Fabricated COAs.

73.     Defendants' actions were taken with the intent to sell and distribute their white-label CBD products.

74.     Accelerated Analytical and Accelerated Cannabis have already suffered and are likely to continue to suffer pecuniary loss because of Defendants' actions.

## COUNT THREE:
### Wisconsin Statutes sections 895.446 and 943.203 (unauthorized use of an entity's identifying information)

75.     Accelerated realleges and incorporates Paragraphs 1 - 74 as though fully set forth herein.

76.     Defendants intentionally used altered and fabricated COAs bearing Accelerated's name, address, telephone number, logo, and an Accelerated employee's signature.

77.     Defendants therefore intentionally used Accelerated's identifying information as that term is defined in Wisconsin Statutes § 943.203.

78.     Accelerated did not consent to Defendants' use of its identifying information.

79.     Defendants used Accelerated's identifying information for the purpose of obtaining something of value, as they used the Altered COAs and Fabricated COAs in an effort to sell Lifted's CBD products.

80.     Defendants did so by representing that they were acting with the authorization or consent of the plaintiff.

## JURY DEMAND

81.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Accelerated requests a jury trial of all issues so triable in this action.

## REQUEST FOR RELIEF

Wherefore, Plaintiffs Accelerated Analytical and Accelerated Cannabis respectfully pray for judgment:

A.     Preliminarily and permanently enjoining and restraining Defendants, their employees, agents, and representatives, and all persons acting in concert or in participation with

them, from distributing any COAs that purport to be from Accelerated Cannabis or Accelerated Analytical.

        B.      Preliminarily and permanently enjoining and restraining Defendants, their employees, agents, and representatives, and all persons acting in concert or in participation with them, from selling or distributing the Stormy Daniels Flower product until Defendants produce to this Court an authentic COA from a cannabinoid profile test for that product showing the THC content of that product is at or below 0.3%. This COA must also be accompanied by an affidavit from the laboratory that tested the product affirming the results set forth in that COA are accurate and authentic;

        C.      Requiring Defendants to provide Accelerated with copies of the Altered COAs and the Fabricated COAs, as well as copies of any other COAs purporting to be prepared by Accelerated Cannabis or Accelerated Analytical that Defendants have altered or fabricated.

        D.      Requiring Defendants to deliver up to the Court for destruction any and all advertisements, product packaging, promotional materials, purported COAs, or any other matter in the possession, custody, or control of Defendants or their agents, distributors, or franchisees, which reference or contain altered or fabricated COAs of Accelerated Cannabis and Accelerated Analytical.

        E.      Directing Defendants to recall the Altered COAs and the Fabricated COAs, as well as copies of any other COAs purporting to be prepared by Accelerated Cannabis or Accelerated Analytical that Lifted has altered or fabricated, from any third-parties to which Lifted has provided those falsified COAs.

F.      Directing Defendants to provide a copy of their customer list to Plaintiffs so that Accelerated Cannabis and Accelerated Analytical may determine the extent of Defendants' altered and falsified COAs.

G.      Directing Defendants to preserve all documents and evidence related to this matter.

H.      Awarding Plaintiffs all of Plaintiffs' damages, including actual, compensatory, consequential, and incidental damages in an as-yet undetermined amount; reasonable attorneys' fees and costs; and a sum up to three times those damages, pursuant to 15 U.S.C. § 1117 and Wis. Stat. § 100.18(11).

I.      Awarding Plaintiffs costs and attorneys' fees, as well as exemplary damages against Defendants pursuant to Wis. Stat. § 895.446(3)(b)-(c).

J.      Awarding Plaintiffs punitive damages against Defendants pursuant to Wis. Stat. § 895.043.

K.      Awarding Plaintiffs prejudgment and post-judgment interest on any monetary award according to the maximum allowable legal rate.

L.      Awarding Plaintiffs such other and further relief as this Court may deem just and proper.

18

Dated this 11th day of May, 2020.


Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street, Suite 700
Madison, WI 53703

Mailing Address:
P.O. Box 2018
Madison, WI 53701-2018
Telephone:  608-229-2200
Fax:  608-229-2100

*s/Andrea M. Davenport*
Jessica Hutson Polakowski
WI State Bar ID No. 1061368
jpolakowski@reinhartlaw.com
Andrea M. Davenport
WI State Bar ID No. 1088374
adavenport@reinhartlaw.com

*Attorneys for Plaintiffs Accelerated Analytical, Inc.
and ACT Laboratories, LLC d/b/a Accelerated
Cannabis Laboratories*